```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

**JEROME M. MERAZ**                                              **PLAINTIFF**

       v.        Civil No. 05-3033

**CHUCK MEDFORD, Sheriff,**
**Carroll County, Arkansas;**
**LT. BETH REELY; MARK LOTT;**
**MIKE BROWN; and WALT NEOFTSGER**                               **DEFENDANTS**

## O R D E R

Now on this 4th day of May, 2006, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #42) in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendants' Motion For Summary Judgment is **granted**, and this case is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE